[No. 22745-6-III.   Division Three.   May 24, 2005.]

*In the Matter of the Marriage of* FAITH E. HANEY, *Appellant*, and JAMES D. HANEY, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 02-3-00949-5, James P. Hutton, J., entered January 27, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Kurtz, JJ.

[Nos. 22839-8-III; 23475-4-III.   Division Three.   May 24, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD R. CLEMENS, *Appellant.*

*In the Matter of the Personal Restraint of* TODD CLEMENS, *Petitioner.*

Appeal from a judgement of the Superior Court for Spokane County, No. 03-1-03332-5, Michael P. Price, J., entered March 3, 2004, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Kurtz, J.

[No. 22874-6-III.   Division Three.   May 24, 2005.]

DENNIS NELSON ET AL., *Respondents*, v. MUTUAL OF ENUMCLAW INSURANCE COMPANY, *Petitioner.*

Appeal from a judgment of the Superior Court for Lincoln County, No. 03-2-00131-8, Philip W. Borst, J., entered March 9, 2004. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Brown, J. Now published at 128 Wn. App. 72.

[No. 22734-1-III.   Division Three.   May 26, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE CASTILLO ROSALES, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 97-1-01723-3, Robert N. Hackett, Jr., J., entered January 12, 2004. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Schultheis, J.